# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-13-00722-CV

---

**U. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-12-005824, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant U. S. filed his notice of appeal on October 21, 2013. The appellate record was complete November 13, 2013, making appellant's brief due December 3, 2013. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than December 30, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.[1]

---

[1] Counsel should disregard our late-brief letter sent in error on December 11, 2013.

It is ordered on December 13, 2013.


Before Justices Puryear, Rose and Goodwin